No. 926.   GULF POWER CO. *v.* SHAHID ET AL.   C. A. 5th Cir.   Certiorari denied.   *E. Dixie Beggs* for petitioner.

No. 933.   WALLACE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   *John J. Wilson* and *Philip S. Peyser* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 934.   MILLER *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.   *Mark H. Johnson* for petitioner.   *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 939.   KNIGHT ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Joseph H. Davis* and *J. Sewell Elliott* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 947.   FULLER BRUSH CO. *v.* FULLER PRODUCTS CO.   C. A. 7th Cir.   Certiorari denied.   *W. Mahlon Dickerson* and *Harold Johnson* for petitioner.   *Theodore W. Miller* and *Fleetwood M. McCoy* for respondent.

No. 951.   NASSER *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *N. George Nasser* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.